IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN LANGSTON, et al.                                        PLAINTIFFS

vs.                CASE NO.: 3:11-CV-00195 KGB

COPPAGE FARM SERVICE COMPANY, et al.          DEFENDANTS

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

All of the matters and things in controversy between plaintiffs Langston Enterprises, Inc., the Langston & Elliott Partnership, and Keith Gray, d/b/a Keith Gray Farms ("Plaintiffs") and defendants Coppage Farm Service Company, Todd Coppage and Ricky Lee McCord ("Defendants") having been compromised and finally settled, it is hereby stipulated and agreed by and between the Plaintiffs and the Defendants that the Plaintiffs' causes of action against the Defendants shall be dismissed <u>with</u> prejudice, with each party to bear its own costs.

SO ORDERED this 24th day of January, 2014.

*Kristine M. Baker* (signature)
Kristine G. Baker, United States District Judge